Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
18321 Ventura Blvd. Suite 355
Tarzana, CA 91356
TEL/FAX: (800) 935-3170
mshvarts@dagaccess.com
Attorneys for Plaintiff, Jo Giron

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MULL,<br>　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　Defendant. | Case No.: 1:24-cv-01503-SKO<br><br>ORDER FOR AWARD OF EAJA FEES<br><br>(Doc. 16) |

　　　Based upon the parties' Stipulation and Unopposed Motion for Award of EAJA Fees ("Stipulation") (Doc. 16),

　　　**IT IS ORDERED** that attorney's fees of **FOUR THOUSAND AND EIGHTY-SEVEN DOLLARS** ($4,087.00) under the Equal Access to Justice Act ("EAJA") are awarded in the amount as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

　　　IT IS SO ORDERED.

　　　Dated:　**August 29, 2025**　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE